**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01979-REB-KMT

LORETTA LYON, and
ASHLEY N. SLATER,

    Plaintiffs,

v.

ERIC YOUNG,
MARK NIKKEL,
MITCHELL MORRISSEY,
NIKKI AND ANGELA ARANANDINOU-FATAROUS,
TOM TAGGERT,
DENVER POLICE DEPARTMENT, and
FRANK MORENO,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation of United States Magistrate Judge** [#19], filed July 17, 2009.  No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

---

[1] This standard pertains even though plaintiffs are proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#19], filed July 17, 2009, is **APPROVED AND ADOPTED** as an order of this court; and

2. That this case is **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for failure to prosecute and pursuant to Fed.R.Civ.P. 16(f) for failure to appear at the scheduling conference and comply with the court's duly issued orders.

Dated August 10, 2009, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge